IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-00359-ZLW-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANK N. HOOPINGARNER,

    Defendant.

## ORDER OF DISMISSAL

Pursuant to and in accordance with the Notice Of Dismissal Pursuant To Fed. R. Civ. P. 41(a)(1)(i) filed by Plaintiff on January 3, 2007, it is

ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own fees and costs. It is

FURTHER ORDERED that the Order to show cause, in writing, on or before January 24, 2007, is vacated.

Dated at Denver, Colorado, this   10   day of January, 2007.

BY THE COURT:

_____

ZITA L. WEINSHIENK, Senior Judge
United States District Court